UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CHRISTOPHER J. RAHAIM,**

    **Plaintiff,**

v.                                          Case No:  8:22-cv-303-WFJ-JSS

**BRUCE BARTLETT, et al.,**

    **Defendants.**
_____/

**ORDER**

Before the Court is Plaintiff Christopher J. Rahaim's "Notice of Additional Liability for Injunctive Relief Claims" (Doc. 16) for this 42 U.S.C. § 1983 action. Mr. Rahaim previously submitted a similar notice (Doc. 12), which the Court ordered (Doc. 14) stricken from the docket. The Court construes the "Notice of Additional Liability for Injunctive Relief Claims" (Doc. 16) as an unauthorized supplement to Mr. Rahaim's civil rights complaint. Accordingly, it is **ORDERED** that the Clerk is directed to **STRIKE** it from the docket.

Mr. Rahaim also submits proposed summonses (Doc. 19). However, this action is still at the screening stage under 28 U.S.C. § 1915A. An earlier order (Doc. 18) permitted an additional 21 days within which Mr. Rahaim could reallege his civil rights claims. Also, the proposed summonses are not on the correct forms. Accordingly, it is **ORDERED** that the Clerk is directed to **STRIKE** the proposed

summonses (Doc. 19) from the docket.  If this action proceeds to the service of process stage, the Court shall order the Clerk to send Mr. Rahaim the standard service forms.

**DONE and ORDERED** in Tampa, Florida on April 26, 2022.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Party