UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CHRISTOPHER J. RAHAIM,**

      **Plaintiff,**

v.                                          Case No: 8:22-cv-303-WFJ-JSS

**BRUCE BARTLETT, et al.,**

      **Defendants.**
_____/

## ORDER

Before the Court is Plaintiff Christopher J. Rahaim's amended civil rights complaint filed under 42 U.S.C. § 1983 (Doc. 13). Mr. Rahaim, who is currently in the custody of the Florida Department of Corrections and housed at the Charlotte Correctional Institution, alleges his confinement is unconstitutional and seeks monetary damages, dismissal of the criminal charges, and release from custody. After reviewing the complaint as required by 28 U.S.C. § 1915A, the Court concludes this action must be dismissed without prejudice.

Because Mr. Rahaim challenges the fact of his confinement and seeks release and dismissal of criminal charges, he must raise those claims in a habeas corpus petition, not a civil rights complaint. *See Heck v. Humphrey*, 512 U.S. 477, 481 (1994) ("[H]abeas corpus is the exclusive remedy for a state prisoner who challenges the fact

or duration of his confinement and seeks immediate or speedier release, even though such a claim may come within the literal terms of § 1983.").

Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** under 28 U.S.C. § 1915A. The Clerk is directed to terminate all pending motions and close this case.

**DONE and ORDERED** in Tampa, Florida on May 18, 2022.

WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Party